IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00869-MSK-BNB

RICHARD FINNEY,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order to Extend Deadlines for Expert Witness Disclosure** [docket no. 22, filed January 15, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 25, 2014**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 10, 2014**.

DATED:  January 22, 2014