IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00869-MSK-NYW

RICHARD FINNEY,

     Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

  Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R.
Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #40)** filed on
March 24, 2015, granting the Defendant's Motion for Summary Judgment (**Doc. #29**), it is

ORDERED that:

Judgment is entered in favor of defendant and against the plaintiff on all claims.

ORDERED that costs are awarded to the defendant and against the plaintiffs upon the
filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures
set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 25th day March, 2015.

       ENTERED FOR THE COURT:
       JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk